UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x
THOMAS WEEKLEY                                      :
                                                    :
            Plaintiffs,              :   No. 12-cv-2499 (JSR) (KMF)
                                                    :
      - against -                                 :
                                                    :   ECF CASE
THALES FUND MANAGEMENT, LLC; THALES                 :
FUND MANAGEMENT, LLC DEFERRED                       :
COMPENSATION PLAN; MAREK FLUDZINSKI and              :   **NOTICE OF APPEARANCE**
KEVIN ERSHOV                                        :
                                                    :
            Defendants.              :
                                                    :
--------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that Tammy P. Bieber, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants Thales Fund Management, LLC, Thales Fund Management, LLC Deferred Compensation Plan, Marek Fludzinski and Kevin Ershov, in the above-referenced action and demands copies of all notices and papers served in connection with the above referenced action.

Dated: May 24, 2012
      New York, New York

                          TANNENBAUM HELPERN SYRACUSE
                          & HIRSCHTRITT LLP

                          By:   /s/Tammy P. Bieber
                                Tammy P. Bieber

                          900 Third Avenue
                          New York, New York
                          (212) 508-6700

                          *Attorneys for Defendants Thales Fund
                          Management, LLC, Thales Fund Management,
                          LLC Deferred Compensation Plan, Marek
                          Fludzinski and Kevin Ershov*