UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
THOMAS WEEKLEY

            Plaintiff,

    - against -

THALES FUND MANAGEMENT, LLC; THALES
FUND MANAGEMENT, LLC DEFERRED
COMPENSATION PLAN; MAREK FLUDZINSKI and
KEVIN ERSHOV

            Defendants.
-------------------------------------------------------------------- x

Case No. 12-cv-2499 (JSR) (KMF)

**RULE 7.1 STATEMENT FOR DEFENDANTS THALES FUND MANAGEMENT, LLC and THALES FUND MANAGEMENT, LLC DEFERRED COMPENSATION PLAN**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Thales Fund Management, LLC and Thales Fund Management, LLC Deferred Compensation Plan, which are private non-governmental parties, certifies that there are no corporate parents, affiliates and/or subsidiaries of these Defendant that are publicly held.

Dated: New York, New York
       June 1, 2012

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By:   /s/ Tammy P. Bieber
       Tammy P. Bieber

900 Third Avenue
New York, New York
(212) 508-6700

*Attorneys for Defendants Thales Fund Management, LLC and Thales Fund Management, LLC Deferred Compensation Plan, Marek Fludinski and Kevin Ershov*