UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS WEEKLEY,

               Plaintiff,

-against-

THALES FUND MANAGEMENT, LLC, THALES
FUND MANAGEMENT, LLC DEFERRED
COMPENSATION PLAN, MAREK FLUDZINSKI,
and KEVIN ERSHOV,

               Defendants.
-----------------------------------------------------------X

12 CIVIL 2499 (JSR)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/12

Whereas on August 16, 2012, the Court having issued a "bottom-line" order granting defendants' motion to dismiss the complaint in its entirety, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on December 27, 2012, having rendered its Memorandum Order confirming its order of August 16, 2012, dismissing plaintiff's ERISA claims with prejudice and dismissing plaintiff's state-law claims without prejudice to re-filing in state court, and directing the Clerk of the Court to enter final judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 27, 2012, the Court confirms its order of August 16, 2012, dismissing plaintiff's ERISA claims with prejudice and dismissing plaintiff's state-law claims without prejudice to re-filing in state court.

**Dated:** New York, New York
       December 28, 2012

                              **RUBY J. KRAJICK**
                              Clerk of Court

                 BY:
                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____